DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06-CR-271 |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT ENTRY |
| ANDRE MARTIN, | ) | |
| Defendant | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is hereby ORDERED, ADJUDGED and DECREED that defendant Andre Martin's motion to vacate his sentence and conviction pursuant to 28 U.S.C. § 2255 (ECF 77) is denied. Defendant's motion for immediate release (ECF 85), and motion for bond (ECF 87) pursuant to 28 U.S.C. § 2255 are also denied as moot.

Upon review of the record, the Court has determined that the defendant is not entitled to an evidentiary hearing on his § 2255 claims. Accordingly, defendant's motion to appoint counsel for § 2255 proceedings (ECF 88) is denied as moot.

IT IS SO ORDERED.

| | |
|---|---|
| 7/21/2009 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |